IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH PLEMONS, | ) |
| Plaintiff, | ) Case No. 3:11-1228 |
| v. | ) Judge Nixon |
| HOME DEPOT U.S.A., INC., | ) |
| Defendant. | ) |

**AGREED ORDER**

As evidenced by the signature of counsel below, the parties have agreed to extend the discovery deadline from October 12, 2012, to October 26, 2012, for the purpose of providing Plaintiff with additional time to take the depositions of Michael Pass, Julie Lindsey, and Quonta Vance. The parties have further agreed to extend the deadline for preparing and filing dispositive motions from November 9, 2012, to November 23, 2012. The parties are not requesting that any other deadlines be moved or continued.

It is, accordingly, ORDERED that the discovery deadline shall be extended to October October 26, 2012, and the dispositive motion deadline shall be extended to November 23, 2012.

ENTERED this _____ day of _____, 2012.

_____
United States Magistrate Judge