IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| JOSEPH PLEMONS | ) | |
|---|---|---|
| Plaintiff | ) | |
| vs | ) | No. 3:11-1228 |
| | ) | JURY DEMAND |
| HOME DEPOT USA, INC. | ) | JUDGE NIXON |
| | ) | MAGISTRATE KNOWLES |
| Defendant | ) | |

**ORDER**

It is hereby ORDERED upon motion by the Plaintiff that the deadline for filing a response to the dispositive motion filed by Defendant is extended to **Friday, January 11, 2013.** Optional replies are due by **Friday, January 25, 2013**, or within fourteen (14) days after the filing of the response, whichever is earlier.

ENTERED this ____ day of _____, 2012.

_____
United States Magistrate Judge