**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | | |
|---|---|---|
| **JOSEPH PLEMONS** | ) | |
| | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| **vs** | ) | No. 3:11-1228 |
| | ) | **JURY DEMAND** |
| **HOME DEPOT USA, INC.** | ) | **JUDGE NIXON** |
| | ) | **MAGISTRATE KNOWLES** |
|     **Defendant** | ) | |

**ORDER**

It is hereby ORDERED upon motion by the Plaintiff that the deadline for filing a response to the dispositive motion filed by Defendant is extended to **Friday, January 11, 2013.** Optional replies are due by **Friday, January 25, 2013**, or within fourteen (14) days after the filing of the response, whichever is earlier.

ENTERED this _____ day of _____, 2012.

_____
United States Magistrate Judge

1