IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH PLEMONS, | ) |
| Plaintiff, | ) |
| | ) Case No. 3:11-cv-01228 |
| v. | ) |
| | ) Judge Nixon |
| HOME DEPOT U.S.A., INC., | ) Magistrate Judge Knowles |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

As evidenced by the signatures of counsel below, the parties have agreed to a compromise with regard to the above-captioned matter and further agree that such matter should be dismissed from this Court with prejudice as to all parties.

Respectfully submitted this 11th day of June, 2013,

s/ Andy L. Allman (with permission by Keith D. Frazier)
Andy L. Allman, TN Bar No. 17857
ANDY L. ALLMAN & ASSOCIATES
103 Bluegrass Commons Blvd.
Hendersonville, TN  37075
Telephone:  615.824.3761
Facsimile:  615.264.2721

Attorney for Plaintiff Joseph Plemons

s/ Keith D. Frazier
Keith D. Frazier, TN Bar No. 012413
Jessica T. Patrick, TN Bar No. 028039
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN  37219-2446
Telephone:  615.254.1900
Facsimile:  615.254.1908

Attorneys for Defendant Home Depot U.S.A., Inc.

15224334.1 (OGLETREE)