IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH PLEMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOME DEPOT U.S.A., INC., ) <br> ) <br> Defendant. ) | No. 3:11-cv-01228 <br> Judge Nixon <br> Magistrate Judge Knowles <br><br> JURY DEMAND |

## ORDER

The parties to this action have filed a Stipulation of Dismissal, stating they have reached a compromise and requesting the Court dismiss Plaintiff's claims with prejudice. (Doc. No. 35.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED with prejudice.** The Court **DIRECTS** the Clerk of the Court to close the case.

It is so ORDERED.

Entered this the _12__ day of June, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT